

P41807/M.Bravo

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

### MEMORANDUM

**TO:** Jim Molinelli, Miscellaneous Clerk

**08 CRIM 015**

**FROM:** Marcela Bravo, United States Probation Officer

**RE:** Aguirre, Jessenia

**DATE:** December 26, 2007

### ASSIGNMENT OF TRANSFER OF JURISDICTION

On July 27, 2007, the above-named individual was sentenced in the District Court Of The Virgin Islands outlined in the attached J & C.

In October 2007, we received the Prob. 22's endorsed by the Honorable Raymond L. Finch, U.S. District Court Judge, ordering Ms. Aguirre's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5137.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____
Marcela Bravo
U.S. Probation Officer

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 0 3 2008